DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASSANDRA EVERETT,**
Appellant,

v.

**KAMPGROUNDS OF AMERICA, INC.,**
Appellee.

No. 4D18-3574

[January 23, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 201CA000423.

Travis R. Walker and Ciara Harris of Law Offices of Travis R. Walker, Stuart, for appellant.

Kimberly Kanoff Berman and Mary Corbin of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***